JOSEPH BAKSI, Respondent, *v.* HERMAN WALLMAN, Appellant; NATHAN WOLFSON et al., Respondents, et al., Defendants.

Argued May 12, 1947; decided May 22, 1947.

*Jacob J. Kramer, Irving I. Dolowich* and *Jay O. Kramer* for appellant.

*Jay Leo Rothschild* and *Stanley L. Gluck* for plaintiff Joseph Baksi and defendant Nathan Wolfson, respondents.

*Nathaniel L. Goldstein, Attorney-General (Samuel A. Hirshowitz, Wendell P. Brown* and *John P. Powers* of counsel), for State Athletic Commission, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.